[Sac. No. 4711. In Bank.—May 29, 1935.]

RODERICK McARTHUR, Respondent, v. MT. SHASTA
POWER CORPORATION (a Corporation), Appellant.

Wm. B. Bosley, Thos. J. Straub, Chenoweth & Leininger,
Athearn, Chandler & Farmer and Frank R. Devlin for
Appellant.

Arthur C. Huston, Sr., Jesse W. Carter and Annette
Abbott Adams for Respondent.

CURTIS, J.—This action is referred to in the opinion
this day filed in the case of *McArthur* v. *Mt. Shasta
Power Corp.* (Sac. No. 4765), *ante*, p. 704 [45 Pac. (2d)
807], and is a companion case to the Anna McArthur case.
Respondent's lands front on Pittville Pool and are located
on the same side of said pool as the Anna McArthur lands,
and between the two parcels of Anna McArthur lands in-
volved in her said action against the appellant herein.
The same factual situation exists in this case as was
presented in the Anna McArthur case. For this reason the
decision in this case must be the same as that rendered and
filed in the Anna McArthur case. Upon the authority of
that case the judgment in the present action is reversed
and the case is remanded for a new trial on the issue of
damages alone, in accordance with the views expressed in

the opinion this day filed in the case of *McArthur* v. *Mt. Shasta Power Corp.*, Sac. No. 4765. Each party to pay his own costs.

Shenk, J., Waste, C. J., Thompson, J.. Spence, J., *pro tem.*, and Nourse, J., *pro tem.*, concurred.

Rehearing denied.